CLEVELAND BAR ASSOCIATION *v.* JUREK.

[Cite as *Cleveland Bar Assn. v. Jurek* (1991), 62 Ohio St.3d 318.]

(No. 91–854—Submitted October 9, 1991—Decided December 31, 1991.)

*Kenneth A. Bravo, William H. Fulton* and *Mark F. Kennedy,* for relator.
*Phillip J. Korey,* for respondent.

---

*Per Curiam.* Based upon a review of the record we concur in the findings of fact, conclusions of law and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.